# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VEGAS FAB & FINISH,<br><br>  Plaintiff(s),<br><br>v.<br><br>AMC FREIGHT LLC,<br><br>  Defendant(s). | Case No. 2:23-cv-01336-MMD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties must file a joint discovery plan by November 6, 2023.

IT IS SO ORDERED.

Dated: October 30, 2023

_____
Nancy J. Koppe
United States Magistrate Judge

1